[No. 73730-9-I.   Division One.   April 18, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON DOUGLAS HOFF, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-02290-0, Bruce I. Weiss, J., entered July 10, 2015. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.

[No. 73962-0-I.   Division One.   April 18, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLER SAVAGE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-03608-5, Linda CJ Lee, J., entered January 17, 2014. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Becker, J.

[No. 74135-7-I.   Division One.   April 18, 2016.]

*In the Matter of the Personal Restraint of* RAYMOND WESLEY GARLAND, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Appelwick, J., concurred in by Cox and Leach, JJ.

[No. 74247-7-I.   Division One.   April 18, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. C.M., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 15-8-00228-5, Raquel Montoya-Lewis, J., entered November 12, 2015. *Remanded* by unpublished per curiam opinion.